**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CYPRESS INN RESTAURANT &
LOUNGE, INC.,

Plaintiff,

v.

PIONEX TECHNOLOGIES, INC.,
and QVC, INC.,

Defendants.

Civil No. 02-412 (DWF/RLE)

**ORDER TO REMAND**

---

Bradley Ayers, Esq., and Elizabeth Moffitt, Esq., Flynn Gaskins & Bennett, 2900 Metropolitan Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Plaintiff.

Peter Van Bergen, Esq., and Andrea Reisbord, Esq., Cousineau McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-1523, counsel for Defendant QVC, Inc.

---

Through counsel's letter dated March 11, 2002, the Court has been informed that because Plaintiff is seeking damages "in the neighborhood of $55,000," this Court lacks subject matter jurisdiction. Therefore, by agreement of counsel,

**IT IS ORDERED** that this action is hereby remanded back to Pine County District Court in the Tenth Judicial District of the State of Minnesota.

Dated: March 15, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 15 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______